IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| TONY MCRAE CANADAY,<br><br>            Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Respondent. | ORDER AND<br>MEMORANDUM DECISION<br>**STAYING CASE**<br>PENDING SUPREME COURT'S RULING<br>IN <u>BECKLES V. UNITED STATES</u><br><br>Civil Case No. 2:16-cv-336-TC<br>Criminal Case No. 2:15-cr-10-TC |

      Before the court is the United States' Motion to Stay Pending Supreme Court's Ruling. In light of the United State Supreme Court's grant of certiorari in <u>Beckles v. United States</u>, S. Ct. No. 15-8544, <u>cert. granted</u>, 579 U.S. ___, 2016 WL 1029080 (June 27, 2016), and the Tenth Circuit's decision to abate proceedings and toll briefing on the merits in <u>United States v. Rollins</u>, 10th Cir. No. 15-1459, this court finds that it is appropriate to stay further proceedings on Petitioner's § 2255 motion until the United States Supreme Court issues its opinion in <u>Beckles</u>. Accordingly, the United States' Motion to Stay (Docket No. 6) is GRANTED.

      IT IS HEREBY ORDERED that further proceedings on Petitioner Tony McRae Canaday's § 2255 motion are STAYED until the United States Supreme Court issues its opinion in <u>Beckles</u>. Any briefing and filing deadlines previously set by the court related to Mr. Canaday's § 2255 motion are STRICKEN.

      IT IS FURTHER ORDERED that, within fourteen days of the United States Supreme

Court issuing its decision in Beckles, both parties shall file a status report notifying the court of the United States Supreme Court's decision. In accordance with the District of Utah's Standing Order 16-002, "[w]hen precedential rulings [such as a United States Supreme Court decision in Beckles] are entered that resolve issues for the cases within a given category, the Federal Defender's Office will either move to withdraw similar pending motions or will supplement them with a more detailed pleading, asking that the stay be lifted and fully explaining the Johnson claim." Counsel for Petitioner should follow the same course. If a motion to lift the stay is granted here, this case and its briefing schedules will be governed by Standing Order 16-003.

DATED this 5th day of August, 2016.

BY THE COURT:

TENA CAMPBELL
U.S. District Court Judge